next in Roemer v. Williams, 2127. Thank you, Your Honor. Thank you, Mr. Roemer. I'm clicking it on. Mr. Roemer. Okay, we can see you now, Mr. Roemer. Five minutes. Okay, my name is David Roemer, and I'm the plaintiff appellant. American taxpayers have spent about $40 billion subsidizing wind and solar power to reduce the amount of carbon dioxide in the atmosphere of the entire globe to prevent global warming. I wrote a one-page document with 12 enumerated paragraphs titled, Why Global Warming Slash Climate Change is a Hoax. This hoax is a reason to believe in God because, as G.K. Chesterton put it, people who don't believe in God don't believe in nothing. They believe in anything. I emailed the document to about 15,000 college teachers in the United States. The chairman of the science department at Nassau Community College emailed me back and said that I did not know what I was talking about and should take Professor Cohen's course on climatology. I replied that I would if I could distribute the document to my potential classmates. I have and had no desire to pay the fees involved, take the course, and distribute the document to a bunch of college students. I made this request to put Nassau Community College in a difficult position. If my document was true, that all 12 paragraphs were true. If I was not given permission, that would prove Nassau Community College wants to deceive its students about climate change. There was no response, so I asked the president of Nassau Community College, Jermaine Williams, for permission to distribute the document. There was still no response, and I filed this lawsuit on December 5th, 2019. The first response was a six-page memorandum and order dated January 7th dismissing the lawsuit from the district judge. In a letter dated one day later, the defendants requested a pre-motion conference. In my mind, the social value of my document and whether or not I was right to file the lawsuit is based on whether or not the political movement for solar and wind energy is beyond the pale of reason and can be called a hoax. For all anyone knows, Professor Cohen agrees with me, but promotes the hoax because he does not want to lose his job. This court should know the following three sets of facts. Number one, as a result of the $40 billion, 2% of electricity in the United States is now produced by solar and wind energy. China and India have increased the use of fossil fuels, which probably cancels out the small reduction in the United States. Also, solar energy is four times and wind energy is two times more expensive than energy from fossil fuels. Number two, carbon dioxide constitutes only 0.4% of the atmosphere. A field of corn, when the sun is shining, uses up all the carbon dioxide in five minutes. The corn continues to grow because wind blows in fresh air. Number three, most of the carbon dioxide in the atmosphere comes from biological processes and only 3% comes from burning fossil fuels. The reason some scientists think or pretend that they think burning fossil fuels has a measurable effect on the climate is that carbon dioxide absorbs infrared radiation, thereby preventing this radiation from going into outer space. Water vapor and methane also absorb infrared radiation, and there's 25 times more water vapor than carbon dioxide in the Earth's atmosphere. There's much less methane than carbon dioxide, but methane absorbs more wavelengths of infrared radiation than carbon dioxide. This court should also understand that we are in the middle of the fifth ice age because ice covers the North and South Poles. This ice age started 2.6 million years ago. The first ice age occurred 2.4 billion years ago. Within this ice age, there have been six periods of warmth, called interglacials, and cold, which are called glacials. The latest interglacial is called the medieval warm period and was followed by the little ice age. Humans began burning a lot of fossil fuels at the end of the little ice age. Paragraph number 11 in my document refers to climate gate as in water gate. This scandal concerns the fraudulent graph of global temperature versus time, published by the Intergovernmental Panel on Climate Change of the United Nations. The graph eliminates the medieval warm period and the little ice age and shows temperatures rising only after humans started burning fossil fuels. The district judge's memorandum of law refers to the freedom of speech lawsuit I filed against Columbia University for threatening to sue me if I contacted anyone at Columbia University with my offer to give a lecture lesson about God's existence. I know why the human soul is spiritual and the correct argument for God's existence because I went to a Catholic college. My offer has a considerable amount of social value because the three entries in the Stanford Encyclopedia of Philosophy about God's existence do not have the correct concept of God. The memorandum of law misrepresents the lawsuit against Columbia and fails to mention that the Second Circuit granted my request for oral argument which took place on January 18th, 2018. Mr. Romer, you're past your time so I'm going to give you... The last paragraph is important. The Second Circuit upheld the dismissal of the Columbia University lawsuit but I am winning the lawsuit in the court of public opinion. The lawsuit brought my work to the work on the reasons to believe in God to the attention of marquees who's who in America and I have been selected for the next edition. Star Jones interviewed me about the lawsuit against Columbia University and it can be found on YouTube. Believe it or not, a photograph of me is in the September 23rd issue of the Wall Street Journal. Thank you, Your Honor. Well, thank you very much for that. Mr. Van der Waal, did I pronounce that correctly? You're on mute. Oh, I should put myself on mute. Good morning. Can you hear me? Yes. Okay, this is Robert Van der Waal. I represent the appellee, Professor Williams. The appellee strongly believes that Justice Coons' decision, Memorandum of Order, finding that plaintiff has no standing to bring the action is correct. It's to the point. He has no affiliation with the college. He's trying to impose himself on it but in any event, he has no affiliation. He has no injury in fact for someone not presenting his paper. The appellee strongly believes that the Memorandum of Order is correct and respectfully request that this court affirm that order. Thank you very much. Mr. Brummer, thank you for your time. Mr. Van der Waal, thank you for your time. The case is submitted. We'll reserve decision.